HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

    Plaintiff,

 v.

TACOMA NEWS TRIBUNE,

    Defendant.

CASE NO. C17-5649RBL

ORDER DENYING IFP

THIS MATTER is before the Court on Plaintiff Casterlow-Bey's Motion for Leave to proceed *in forma pauperis*, supported by his proposed complaint. Casterlow-Bey also seeks court appointed counsel. [Dkt. #s 1, 1-1, and 1-2].

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir.

1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

A *pro se* Plaintiff's complaint is to be construed liberally, but like any other complaint it must nevertheless contain factual assertions sufficient to support a facially plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). A claim for relief is facially plausible when "the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

Casterlow-Bey's proposed complaint does not meet this standard. It makes no factual allegations against the defendant newspaper, the Tacoma News Tribune, other than to state that it "printed an article that was slanderous assassinated my character as a man[.]" The rest of the complaint is a serious of legal conclusions related to the First Amendment and its purpose.

There are no actual facts from which this court can conclude that the News Tribune did anything actionable to Casterlow-Bey. Who wrote the article? When? What did it say? What was not true about it? Why is it actionable, in this court (slander is a state law tort)? Instead, the complaint includes only conclusory labels and seeks $50,000,000 damages.

The Motion for leave to proceed *in forma pauperis* is **DENIED**. Casterlow-Bey shall file a proposed amended complaint addressing these deficiencies, or pay the filing fee, **within 21 days** or this matter will be dismissed. Any proposed amended complaint must address the "who what when why and how" of the facts underlying and supporting the claim. Labels and

conclusions will not suffice. It must also address and demonstrate this Court's jurisdiction over the subject matter of the dispute. The Motion for court-appointed counsel is also **DENIED**.

IT IS SO ORDERED.

Dated this 31st day of August, 2017.

Ronald B. Leighton
United States District Judge