UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

    Plaintiff,

v.

TACOMA NEWS TRIBUNE,

    Defendant.

CASE NO. C17-5649 BHS

ORDER

This matter comes before the Court on Plaintiff Gary Casterlow-Bey's ("Plaintiff") amended civil rights complaint (Dkt. 6).

On August 16, 2017, Plaintiff filed a motion to proceed *in forma pauperis*, a motion for appointment of counsel, and a proposed civil rights complaint. Dkts. 1, 1-1, 1-2. On August 31, 2017, the Honorable Ronald B. Leighton, United States District Judge, denied Plaintiff's motions, dismissed the complaint without prejudice for failure to state a claim, and granted Plaintiff leave to amend. Dkt. 4.

On September 7, 2017, Plaintiff filed a motion for temporary restraining order. Dkt. 5. On September 11, 2017, Plaintiff filed an amended civil rights complaint alleging Defendant Tacoma News Tribune ("TNT") violated his First and Eighth Amendment

rights. Dkt. 6. On September 14, 2017, Plaintiff filed a motion for leave to file excess pages. Dkt. 7. On September 28, 2017, Plaintiff filed a statement of jurisdiction asserting that the Court has jurisdiction under 28 U.S.C. § 1331 because his claims are asserted under 42 U.S.C. § 1983. Dkt. 9. On October 10, 2017, Judge Leighton transferred the matter to the undersigned as a related matter. Dkt. 10.

Based on Plaintiff's filings, it is unclear whether Plaintiff intends to pay the filing fee or intends to proceed *in forma pauperis*. If the latter, then the Court may assess the merits of the complaint before granting the motion. *See Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted). Therefore, Plaintiff must either pay the filing fee or file a motion to proceed *in forma pauperis* no later than November 3, 2017. Failure to respond to this order will result in dismissal of the complaint without prejudice.

**IT IS SO ORDERED**.

Dated this 11th day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge